IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Clarksburg Division

**CHRISTOPHER MALONEY,**

    Plaintiff,

v.                                        CIVIL ACTION NO.: 1:23-CV-23
                                                JUDGE KLEEH

**THE CITY OF MORGANTOWN, WV,**

    Defendant.

## ORDER OF DISMISSAL

NOW COMES the Plaintiff, Christopher Maloney, by counsel, Matthew P. Crimmel and Matthew P. Crimmel, Esq., Attorney at Law, PLLC and came the Defendant, City of Morgantown, WV, by counsel, Keith C. Gamble and PULLIN, FOWLER, FLANAGAN, BROWN & POE, PLLC, and hereby represent to the Court that all matters in controversy between these parties have been settled and compromised and that the parties jointly move the Court to dismiss this matter with prejudice. The Court, being advised of the premises herein and finding no objection thereto, hereby **ORDERS** that this action is dismissed, with prejudice, with the parties to bear their own costs and attorneys' fees.

The Clerk is directed to send certified copies of this Order to all counsel of record.

*Entered this* __19th__ *day of* __July__, 2024.

*Tom S Kleeh*
_____
HONORABLE THOMAS KLEEH

Prepared By:

/s/ Keith C. Gamble
_____
Keith C. Gamble, Esquire (WV State Bar No. 7971)

PULLIN, FOWLER, FLANAGAN, BROWN & POE, PLLC
2414 Cranberry Square
Morgantown, WV 26508
Telephone:   (304) 225-2200
Facsimile:   (304) 225-2214
*Counsel for Defendant*

Inspected By:

/s/ *(signature)*

Matthew P. Crimmel, Esquire (WV State Bar No. 13106)
Matthew P. Crimmel, Esq., Attorney at Law, PLLC
1042 Greystone Cir.
Morgantown, WV 26508
Telephone: (304) 315-4486
*Counsel for Plaintiff*